IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERSKINE JACKSON,            )
                            )
    Petitioner,             )
                            )     Civil Action No.
    v.                      )       2:13cv596-MHT
                            )           (WO)
UNITED STATES OF AMERICA,   )
                            )
    Respondent.             )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Erskine Jackson's response (doc. no. 4) is treated as a request to withdraw his motion to vacate and a motion for voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a)(2).

(2) Petitioner Jackson's request to withdraw his motion to vacate (doc. no. 4) is granted.

(3) Petitioner Jackson's motion to vacate (doc. no. 2) is withdrawn.

(4) Petitioner Jackson's motion for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(2) (doc. no. 4) is granted.

(5) The case is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this 16th day of October, 2013.

        /s/Myron H. Thompson
        SENIOR UNITED STATES DISTRICT JUDGE